UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

                    Plaintiff,                  Case No. 2:25-CR-08

      vs.                                Hon. HALA Y. JARBOU
                                         Chief U.S. District Judge

JESUS McGESHICK VALDEZ,
AUTUMN ANTONE, and
DEVON ALEXANDER HILLIARD,

                  Defendants.           <u>MOTION TO SEAL</u>

_____/

       Now comes the United States of America by Timothy VerHey, United States Attorney for the Western District of Michigan, and Theodore J. Greeley, Assistant United States Attorney, and moves this court to seal the Superseding Indictment in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant(s) is(are) advised of these proceedings, arrested, the investigation is completed, or further order of this court.   The government asks that the U.S. Probation Department be excepted from the seal.

                              Respectfully submitted,

                              TIMOTHY VERHEY
                              United States Attorney

Dated: August 6, 2025              <u>*/s/ Theodore J. Greeley*</u>
                              THEODORE J. GREELEY
                              Assistant United States Attorney
                              1930 US 41 West
                              Huntington Bank, 2nd Floor
                              Marquette, MI 49855
                              (906) 226-2500
                              Theodore.Greeley@usdoj.gov

IT IS SO ORDERED.

Dated: _August 6, 2025_          /s/ _Maarten Vermaat_

MAARTEN VERMAAT
United States Magistrate Judge
United States District Court