UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                              Case No. 2:25-cr-8-01

v.

                              Hon. Hala Y. Jarbou

JESUS MCGESHICK VALDEZ,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 20,2026, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R), recommending that Defendant's plea of guilty to Count 1 of the Superseding Indictment be accepted.  Defendant is charged with a Title 21 drug offense with a mandatory minimum 10 years in prison, and the possibility of life in prison.  Under 18 U.S.C. § 3143(a)(2), such a conviction requires mandatory remand.  The R&R was duly served on the parties.  No objections have been filed and the deadline for doing so expired on August 3, 2026.  Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

**IT IS ORDERED** that the R&R (ECF No. 109) is **APPROVED and ADOPTED** as the opinion of the Court.  Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 1 of the Superseding Indictment.  The written plea agreement (ECF No. 106) is continued under advisement pending sentencing.

**IT IS FURTHER ORDERED** that Defendant's bond is **REVOKED**, based on the mandatory remand provisions of 18 U.S.C. § 3143.  Defendant Jesus McGeshick Valdez must surrender to the to the Marquette County Jail (236 W. Baraga Ave, Marquette, MI 49855), no later

than August 5, 2026, at 12:00 PM, and shall be detained pending sentencing.  If Defendant does

not self-surrender by that deadline, the Court will issue a warrant for his arrest.


 Dated: August 4, 2026                              /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE